[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-10635
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 27, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No.  08-02466-CV-CAP-1

DIANE R. PURSER,

Plaintiff-Appellant,

versus

WEINSTOCK & SCAVO, P.C.,
LOUIS R. COHAN,

Defendants-Appellees.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(May 27, 2009)

Before TJOFLAT, HULL and PRYOR, Circuit Judges.


PER CURIAM:

For the reasons stated in the district court's dispositive order of January 8,

2009, we agree that appellant failed to state a claim for relief under the Fair Debt Collection Act.  Further, we find no abuse of discretion in the district court's decision not to exercise its supplemental jurisdiction and to dismiss appellant's state law claims without prejudice.

AFFIRMED.